Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* RENDER, APPELLANT.

[Cite as *State v. Render,* 120 Ohio St.3d 325, 2008-Ohio-6262.]

(No. 2007–2334—Submitted November 19, 2008—Decided December 10, 2008.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Davis,* 119 Ohio St.3d 422, 2008-Ohio-4608, 894 N.E.2d 1221, and the cause is remanded to the court of appeals for further proceedings consistent with *State v. Davis.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Judith Anton Lapp, Assistant Prosecuting Attorney, for appellee.

David Render, pro se.

THE STATE OF OHIO, APPELLEE, *v.* LIPSCOMB, APPELLANT.

[Cite as *State v. Lipscomb,* 120 Ohio St.3d 325, 2008-Ohio-6263.]

(No. 2007–2358—Submitted November 19, 2008—Decided December 10, 2008.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Davis*, 119 Ohio St.3d 422, 2008-Ohio-4608, 894 N.E.2d 1221, and the cause is remanded to the court of appeals for further proceedings consistent with *State v. Davis*.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Montori Lipscomb, pro se.

THE STATE OF OHIO, APPELLEE, *v.* CLARDY, APPELLANT.

[Cite as *State v. Clardy*, 120 Ohio St.3d 326, 2008-Ohio-6264.]

(No. 2008–0391—Submitted November 19, 2008—Decided December 10, 2008.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Davis*, 119 Ohio St.3d 422, 2008-Ohio-4608, 894 N.E.2d 1221, and the cause is remanded to the court of appeals for further proceedings consistent with *State v. Davis*.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and James Michael Keeling, Assistant Prosecuting Attorney, for appellee.